UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

NORTHWEST ADMINISTRATORS, INC.,

                Plaintiff,

        v.

CITY OF PACIFIC, a public entity of the
State of Washington,

                Defendant.

No.

COMPLAINT TO COLLECT
TRUST FUNDS

I.

Plaintiff, Northwest Administrators, Inc., is an organization incorporated under the laws of the State of Washington, with its principal place of business in King County, and is the authorized administrative agency for and the assignee of the Western Conference of Teamsters Pension Trust Fund (hereinafter "Trust").

II.

The Western Conference of Teamsters Pension Trust Fund is an unincorporated association operating as a Trust Fund pursuant to Section 302 of the Labor Management Relations Act of 1947, as amended, to provide retirement benefits to eligible participants.

Complaint to Collect Funds - 1
G\01-01999\513\Pacific: City of 414681 7-17-\Complaint.docx

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

III.

This Court has jurisdiction over the subject matter of this action under Section 502(e)(1) and (f) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §1132(e)(1) and (f) and under §301(a) of the Taft-Hartley Act, 29 U.S.C. §185(a).

IV.

Venue is proper in this District under Section 502(e)(2) of ERISA, 29 U.S.C. §1132(e)(2), because the plaintiff trust fund is administered in this District.

V.

Defendant is a public entity of the State of Washington.

VI.

Defendant is bound to a collective bargaining agreement with Local 117 of the International Brotherhood of Teamsters (hereinafter "Local"), under which the Defendant is required to promptly and fully report for and pay monthly contributions to the Trust at specific rates for each hour of compensation (including vacations, holidays, overtime and sick leave) the Defendant pays to its employees who are members of the bargaining unit represented by the Local.  Such bargaining unit members are any of the Defendant's part-time or full-time employees who perform any work task covered by the Defendant's collective bargaining agreements with the Local, whether or not those employees ever actually join the Local.

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

VII.

Defendant accepted the Plaintiff's Trust Agreement and Declaration and agreed to pay liquidated damages equal to twenty percent (20%) of all delinquent and delinquently paid contributions due to the Trust, together with interest accruing upon such delinquent contributions at varying annual rates from the first day of delinquency until fully paid, as well as attorney's fees and costs the Trust incurs in connection with the Defendant's unpaid obligations.

VIII.

Account No. 414683

For the employment period July 2017 through March 2018, May 2018 and June 2018, Defendant failed to properly pay the total contributions due for that period as a result of a rate increase effective July 1, 2017, resulting in unpaid contributions due the Trust in the amount of $942.22.   Based upon Defendant's unpaid contributions for the period July 2017 through March 2018, May 2018 and June 2018, it is further obligated to the Trust for liquidated damages in the amount of $188.44, as well as interest accruing and attorney's fees and costs.

Account Nos. 414681 and 414682

For the employment period July 2017 through May 2018, Defendant failed to properly pay the total contributions due for that period as a result of a rate increase effective July 1, 2017, resulting in unpaid contributions due the Trust in the amount of $9,663.00.   Based upon Defendant's unpaid contributions for the period July 2017

Reid, McCarthy, Ballew & Leahy, L.L.P.
ATTORNEYS AT LAW
100 WEST HARRISON STREET • NORTH TOWER, SUITE 300
SEATTLE, WASHINGTON 98119
TELEPHONE: (206) 285-0464 • FAX: (206) 285-8925

through May 2018, it is further obligated to the Trust for liquidated damages in the amount of $1,932.60, as well as interest accruing and attorney's fees and costs.

WHEREFORE, the Plaintiff prays to the Court as follows:

1.    That it be granted judgment against Defendant for:

   a.  All delinquent contributions due to the Trust;

   b.  All liquidated damages and pre-judgment interest due to the Trust;

   c.  All attorney's fees and costs incurred by the Trust in connection with the Defendant's unpaid obligation; and

   d.  Such other and further relief as the Court may deem just and equitable.

DATED this 6th day of May, 2019.

Respectfully submitted,

REID, McCARTHY, BALLEW & LEAHY, L.L.P.

Russell J. Reid, WSBA #2560
Attorney for Plaintiff

Complaint to Collect Funds - 4
G:\01-01999\513\Pacific, City of 414681 7-17-\Complaint.docx